UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MATHEW MIGHELL,

                Plaintiff,

v.

SNOHOMISH COUNTY SHERIFF, *et al*.,

                Defendants.

Case No. C17-0052-RAJ

ORDER DISMISSING ACTION

The Court, having reviewed the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the remaining record, hereby ORDERS:

(1)    The Court adopts the Report and Recommendation;

(2)    Plaintiff's complaint and this action are DISMISSED, without prejudice, for failure to prosecute; and

(3)    The Clerk is directed to send copies of this Order to plaintiff and to Judge Theiler.

DATED this 31st day of July, 2017.

                                                                                         *Richard A. Jones*

                                                              The Honorable Richard A. Jones
                                                              United States District Judge

ORDER DISMISSING ACTION - 1